MOE ROSENTHAL and Another v. JACOB SEVILLE and Another.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of EMIL LENC and Others against AUGUST R. ZICHA and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ROSE B. HIRSCHTHAL v. HARRY HIRSCHTHAL.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of JOHN H. CLAIBORNE against NEWCASTLE DISCOUNT COMPANY, INC.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Application of JOSEPH LEWIS and Others against JEREMIAH T. MAHONEY, as Justice of the Supreme Court, etc.— Motion denied, with ten dollars costs.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

JOHN WILLIAM MURRAY v. GILES PRINTING COMPANY, INC.— Motion denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

ERNEST BEHRE and Others v. SECOND RUSSIAN INSURANCE COMPANY.— Motion granted.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

HAMBURG INSURANCE COMPANY v. SECOND RUSSIAN INSURANCE COMPANY.— Motion granted.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

WILLIAM M. HARCOURT v. GEORGE B. BURNETT & SON, INC.   WILLIAM M. HARCOURT v. GEORGE B. BURNETT & SON, INC.   HORACE H. REDDY, Appellant.— Motion denied, with ten dollars costs.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of Proceedings Supplementary to Execution, under a Judgment in Favor of JOSEPH L. RADER against SAM GOLDOFF, Judgment Debtor.   SAMUEL NUDELMAN, Third Party, Appellant.— Motion denied, with ten dollars costs and stay vacated.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAM ZORFAS.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

SEYMORE MOREL and Another v. LOUIS ERNEST MENERTZHAGEN and Others.— Application denied, with ten dollars costs, and stay vacated.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

IDA SANDBERG v. DELIA A. REILLY.— Motion denied as being unnecessary. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of JOHN T. HETTRICK, an Attorney.— Respondent may be reinstated, but original order of suspension will not be vacated.   Settle order on notice.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

In the Matter of WILLIAM F. RANDEL.— Motion denied.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.

MANUEL MONSANTO, Respondent, v. UNITED SILK MILLS, INC. (Also Known and Doing Business under the Name of UNITED SILK MILLS), Appellant, Impleaded, etc.— Judgment affirmed, with costs.   No opinion.   Present — Dowling, P. J., McAvoy, Martin, O'Malley and Proskauer, JJ.